UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **PHILIP R. MCHUGH,** | ) | Case No. |
| | ) | |
| Movant, | ) | *Related to: Philip R. McHugh v. Fifth Third Bancorp, et al.*, No. 1:21-cv-00238 (S.D. Ohio) |
| v. | ) | |
| **RHR INTERNATIONAL, LTD.** | ) | Judge |
| | ) | |
| Respondent. | ) | Magistrate Judge |

## DECLARATION OF JOSHUA M. SMITH, ESQ.

I, Joshua M. Smith, Esq, make this statement pursuant to 28 U.S. Code § 1746 and thereby declare that this statement is true under penalty of perjury.

1. I am over the age of 18.

2. I represent Plaintiff/ Movant Philip R. McHugh with respect to his claims in the ongoing litigation captioned *Philip R. McHugh v. Fifth Third Bancorp, et al.*, No. 1:21-cv-00238 and currently pending in the United States District Court for the Southern District of Ohio.

3. Attached to this Affidavit are true and accurate copies of the documents referenced throughout Plaintiff's Motion to Compel Production of Documents Subpoenaed from RHR International, Ltd. ("RHR"), or in the Alternative, to Transfer Motion to the Southern District of Ohio, including **Exhibits 1-13**.

4. **Exhibit 1** is a true and accurate copy of Plaintiff's original subpoena *duces tecum* served on RHR on April 1, 2022.

5. **Exhibit 2** is a true and accurate copy of correspondence sent by Christopher A. Bloom ("Bloom"), Counsel for RHR, to Plaintiff's counsel, dated April 14, 2022.

1

6. **Exhibit 3** is a true and accurate copy of correspondence sent by Plaintiff's counsel to Bloom, dated April 25, 2022.

7. **Exhibit 4** is a true and accurate copy of Plaintiff's supplemental subpoena *duces tecum* served on RHR on April 21, 2023.

8. **Exhibit 5** is a true and accurate copy of correspondence sent by Bloom to Plaintiff's Counsel, dated May 3, 2023.

9. **Exhibit 6** is a true and accurate copy of correspondence sent by Plaintiff's counsel to Bloom, dated January 30, 2024.

10. **Exhibit 7** is a true and accurate copy of Plaintiff's modified subpoena *duces tecum* served on RHR on September 18, 2024.

11. **Exhibit 8** is a true and accurate copy of correspondence sent by Bloom to Plaintiff's counsel, dated October 4, 2024.

12. **Exhibit 9** is a true and accurate copy of correspondence sent by Plaintiff's counsel to Bloom, dated October 25, 2024.

13. **Exhibit 10** is a true and accurate copy of an e-mail sent by Plaintiff's counsel to RHR's counsel, dated November 6, 2024.

14. **Exhibit 11** is a true and accurate copy of an e-mail sent by Nichole Mueller ("Mueller"), Counsel for RHR, to Plaintiff's counsel, dated November 20, 2024.

15. **Exhibit 12** is a true and accurate copy of text message correspondence between Robert Shaffer ("Shaffer") and Gregory Carmichael ("Carmichael"), dated April 3, 2020 (Designated as Confidential Pursuant to the Parties' Stipulated Protective Order and filed under seal).

16. **Exhibit 13** is a true and accurate copy of text message correspondence between Shaffer and Carmichael, dated May 4, 2020 (Designated as Confidential Pursuant to the Parties' Stipulated Protective Order and filed under seal).

Further Affiant sayeth naught.

Joshua M. Smith, Esq.

Sworn to and subscribed in my presence this 17th day of February 2025.

Shirley R. Bryan
Notary Public, State of Ohio
My Commission Expires:
December 05, 2028

Notary Public
State of Ohio

3