# K&L GATES

Christopher A. Bloom
Partner
christopher.bloom@klgates.com

T +1 312 807 4370
F +1 312 827 8000

April 14, 2022

**By E-mail: JMS@SSPfirm.com**

Joshua M. Smith
2623 Erie Avenue
Cincinnati, Ohio 54208

Re: *McHugh v. Fifth Third Bancorp, et al.,*
Case No 1:21:CV-00238 (S.D. Ohio)

Dear Counsel,

    I write on behalf of RHR International LLP ("RHR") in response to Philip R. McHugh's purported subpoena to RHR (the "Subpoena") in the above-referenced matter. The Subpoena was improperly issued because it requires compliance beyond the 100-mile geographic limit set forth in Fed. R. Civ. P. 45(c)(2).

    We note that the requests for production attached to the Subpoena as Exhibit A are for documents necessarily in the possession of named parties to the case which we understand have already been the subject of production. Further, the Subpoena calls for the production of information and documents that are privileged, irrelevant to the named parties' claims and defenses, and disproportionate to the needs of the case. The Subpoena is thus overly burdensome and inappropriate for a third party like RHR.

    Accordingly, please confirm that Plaintiff McHugh will withdraw the Subpoena.

Very truly yours,

*Christopher A. Bloom*

Christopher A. Bloom

Exhibit 2