

Joshua M. Smith, Esq.  
Email: jms@sspfirm.com

Phone: (513) 533-6715  
Fax: (513) 533-2999

January 30, 2024

**VIA ELECTRONIC MAIL**
Christoper A. Bloom (Christopher.Bloom@klgates.com)
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602

> Re: Philip McHugh v. Fifth Third Bancorp, et al.
> Compliance with Subpoenas

Mr. Bloom:

We are following up on the subpoenas directed to your client RHR International LLP ("RHR"). At this stage, given the complete lack of cooperation, we will be proceeding forward with Court enforcement. We obviously disagree with your objections regarding the 100-mile limitation, which we have previously made known to you. Moreover, your assertion of a therapist-patient privilege to an executive assessment for employment is simply non-sensical—neither RHR nor its employees provided psychological treatment to any Fifth Third employees. *See Jaffee v. Redmond,* 518 U.S. 1, 15 (1996) ("[W]e hold that confidential communications between a licensed psychotherapist and her patients in the course of diagnosis or treatment are protected from compelled disclosure[.]"). Moreover, the privilege does not apply where such evaluations or assessments are being directly reported to an employer. *See Kamper v. Gray,* 182 F.R.D. 597, 599 (E.D. Mo. 1998)("Since he was aware that his evaluations would be reported to his employer, Gray had no reasonable expectation of confidentiality regarding his communications with Colarelli, Meyer, and Associates."); *Phelps v. Coy*, 194 F.R.D. 606 (S.D. Ohio 2000)(holding that psychiatrist/patient privilege did not protect information learned by a psychologist where she evaluated the officer at the behest of his municipal employer and disclosed the information to the employer).

If you would like to discuss compliance with the subpoenas, please let us know no later than close of business this Thursday, February 1, 2024. Assuming not, we will proceed forward with Court enforcement. Thank you.

**Exhibit 6**

Christopher A. Bloom
*McHugh v. Fifth Third Bancorp, et al.*
January 30, 2024
Page 2

        Sincerely,

        STAGNARO, SABA
        & PATTERSON CO., L.P.A.

        Joshua M. Smith, Esq.