UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **PHILIP R. MCHUGH,** | ) | Case No. 25-CV-01468 |
| | ) | |
| Movant, | ) | *Related to: Philip R. McHugh v. Fifth Third* |
| | ) | *Bancorp, et al.*, No. 1:21-cv-00238 (S.D. |
| v. | ) | Ohio) |
| | ) | |
| **RHR INTERNATIONAL, LTD.** | ) | Judge Steven C. Seeger |
| | ) | |
| Respondent. | ) | Magistrate Judge Beth W. Jantz |

## MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

NOW COMES Movant Philip R. McHugh ("Plaintiff"), by and through his counsel, Sabreena El-Amin of CTM Legal Group, and Peter A. Saba and Joshua M. Smith of SSP Law Co., L.P.A., and pursuant to Local Rule 26.2 respectfully moves this Court to grant leave to file certain exhibits to his Motion to Compel Out of State Discovery under seal. In compliance with Local Rules 26.2, movants have submitted the exhibits under seal for *in camera* review. For the reasons articulated below, the exhibits should be filed under seal.

1.  On February 12, 2025, Movant filed a Motion to Compel Out of State Discovery from Non-Party RHR International, Ltd..

2.  In support of the motion is an Affidavit of Counsel Joshua M. Smith, Esq., including Exhibits 1-13.

3.  Exhibits 12 and 13 to the Motion are text messages that Defendants Fifth Third Bancorp, Fifth Third Bank, N.A. and Gregory Carmichael have designated as "Confidential – Attorney's Eyes Only" pursuant to a Stipulated Protective Order (Doc. 16) in the underlying litigation *McHugh v. Fifth Third Bancorp, et al.,* No. 1:21-cv-00238 currently pending in the United States District Court for the Southern District of Ohio.

1

4. A true and accurate copy of the Stipulated Protective Order is attached hereto as Exhibit 1.

5. Upon information and belief, Exhibits 12 and 13 contain sensitive information related to parties and non-parties to this action, including Defendant Gregory D. Carmichael and Robert Shaffer.

6. Movant requests leave for these Exhibits to be filed under seal to protect such privacy interests.

7. There is no public interest in publicly filing such private information.

8. No party is prejudiced by the requested relief.

**WHEREFORE**, Movant respectfully requests that the Court enter an Order granting leave to file the select exhibits to the Motion to Compel under seal pursuant to Local Rule 26.2 and for such other relief as the Court deems appropriate.

Dated: February 14, 2025

                                                       Respectfully submitted,

                                                       */s/ Sabreena El-Amin*_____

                                                       Sabreena El-Amin
                                                       CTM LEGAL GROUP
                                                       77 W. Washington Street, Suite 2120
                                                       Chicago, IL 60602
                                                       (312) 818-6700
                                                       sel-amin@ctmlegalgroup.com

                                                       */s/ Peter A. Saba*_____
                                                       Peter A. Saba, Esq. (*pro hac vice* application pending)
                                                       Joshua M. Smith, Esq. (*pro hac vice* application pending)
                                                       STAGNARO, SABA
                                                       & PATTERSON CO., L.P.A.

                2623 Erie Avenue
                Cincinnati, Ohio 45208
                (513) 533-2701
                (513) 533-2711 (fax)
                pas@sspfirm.com
                jms@sspfirm.com
                **Co-Counsel for Plaintiff Philip R. McHugh**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2025 the foregoing Motion was served via the Court's ECF/PACER system to all counsel of record in this matter.

*/s/ Sabreena El-Amin*