UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **PHILIP R. MCHUGH,** | ) | Case No. 25-CV-01468 |
| | ) | |
| Movant, | ) | *Related to: Philip R. McHugh v. Fifth Third* |
| | ) | *Bancorp, et al.*, No. 1:21-cv-00238 (S.D. |
| v. | ) | Ohio) |
| | ) | |
| **RHR INTERNATIONAL, LTD.** | ) | Judge Steven C. Seeger |
| | ) | |
| Respondent. | ) | Magistrate Judge Beth W. Jantz |

## STATUS REPORT

NOW COMES Movant Philip R. McHugh ("Plaintiff"), by and through his counsel, Sabreena El-Amin of CTM Legal Group, and in response to this Court's April 4, 2025 Order files this status report on service, filing fees, and Respondent's appearance and response.

1. On February 12, 2025, Movant filed a Motion to Compel Out of State Discovery from Non-Party RHR International, Ltd..

2. When filing, the undersigned was not prompted with an option to submit a filing fee online as she normally is when filing a complaint as an initiating document.

3. As such, the undersigned took steps to have the filing fee paid on February 13 and 14, 2025. Specifically, Emma Tasch from CTM Legal Group appeared in person and paid the filing fee for this matter on February 14, 2025. See Exhibit A.

4. Additionally, given that the Motion to Compel was the initiating document in this proceeding, the undersigned was under the impression that she was required to provide service of process upon Respondent.

5. As such, on February 14, 2025, after the filing fee issues had apparently been resolved, counsel served the Notice of Lawsuit, Waiver of Summons, Motion to Compel,

1

Memorandum in Support of the Motion to Compel, Motion for Leave to File Documents Under Seal, and documents filed under seal upon Respondent's counsel via email. As instructed by the Court, counsel shall file a certificate of service to this effect.

6. Respondent's counsel accepted service via email and executed the waiver of summons, which was filed on February 19, 2025.

7. Both the undersigned and Respondent's counsel are under the impression that based on the Waiver of Summons, Respondent's response to the Motion to Compel is due on April 15, 2025.

8. Undersigned apologizes for any confusion or delay that may have been caused by her misunderstanding of the need for service of process or the application of the Waiver of Summons form given the relatively uncommon posture of this case.

Dated: April 8, 2025

          Respectfully submitted,

          */s/ Sabreena El-Amin*_____

          Sabreena El-Amin
          CTM LEGAL GROUP
          77 W. Washington Street, Suite 2120
          Chicago, IL 60602
          (312) 818-6700
          sel-amin@ctmlegalgroup.com

          Peter A. Saba, Esq. (*pro hac vice* application pending)
          Joshua M. Smith, Esq. (*pro hac vice* application pending)
          STAGNARO, SABA
          & PATTERSON CO., L.P.A.
          2623 Erie Avenue
          Cincinnati, Ohio 45208
          (513) 533-2701

(513) 533-2711 (fax)
pas@sspfirm.com
jms@sspfirm.com
**Co-Counsel for Plaintiff Philip R. McHugh**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2025 the foregoing Motion was served via the Court's ECF/PACER system to all counsel of record in this matter.

*/s/ Sabreena El-Amin*