UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP R. MCHUGH, | ) | Case No. 1:25-cv-01468 |
| | ) | |
| Movant, | ) | *Related to: Philip R. McHugh v. Fifth Third* |
| | ) | *Bancorp, et al.*, No. 1:21-cv-00238 (S.D. |
| v. | ) | Ohio) |
| | ) | |
| RHR INTERNATIONAL, LTD. | ) | Judge Steve C. Seeger |
| | ) | |
| Respondent. | ) | Magistrate Judge Beth W. Jantz |

## AFFIDAVIT OF EMMA HYLAND TASCH

I, EMMA HYLAND TASCH, state the following:

1. I am of the legal age of at least 18 years.

2. I currently reside in DuPage County, Illinois and work in Cook County, Illinois.

3. I am employed by CTM Legal Group, a Chicago-based law firm, and work as a paralegal who occasionally assists attorney Sabreena El-Amin, the attorney for Plaintiff/Movant in the above referenced matter, on a variety of cases.

4. On February 13, 2025, attorney Sabreena El-Amin requested that I assist her with paying the filing fee in the above captioned matter.

5. On that same day, I contacted the Clerk's Office at the Dirksen Federal Building in Chicago, Illinois to inquire about methods of payment for the $405 filing fee. The representative to whom I spoke explained that the fastest way to pay the $405 filing fee would be for me to come in person to the Clerk's Office at the Dirksen Federal Building and render payment with a check, debit card, or credit card.

1

6. On February 14, 2025, I visited the Clerk's Office at the Dirksen Federal Building and rendered the payment of $405 with my company credit card. *See attached the receipt reflecting the payment of $405 as Exhibit A.*

7. On April 8, 2025, I spoke with Travis, the supervising clerk of the Clerk's Office at the Dirksen Federal Building, who explained that he would be entering the information regarding the paid $405 filing onto Judge Steve C. Seeger's docket before close of business today.

FURTHER AFFIANT SAYETH NOT.

_____
/s/ Emma Hyland Tasch

April 8, 2025
Date

State of Illinois

County of Cook

Signed and sworn to before me on this __8__ day of __April__, __2025__ by __Emma Hyland Tasch__.

_____
Notary Public

CLARE ELLEN SUPPLITT
Official Seal
Notary Public - State of Illinois
My Commission Expires Jan 25, 2027

2

# Exhibit A

Generated: Feb 14, 2025 12:02PM                                                                 Page 1/1




# U.S. District Court

## Illinois Northern - Chicago

Receipt Date: Feb 14, 2025 12:02PM

Sabreena Torez El Amin

Rcpt. No: 100016505　　　　Trans. Date: Feb 14, 2025 12:02PM　　　　Cashier ID: #MANo (6804)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | DILN125CV01468<br>FBO: Philip R. McHugh | 1 | 405.00 | 405.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

COURTS/USDC-IL-P
219 S DEARBORN ST RM 206
219 S DEARBORN ST RM 206
CHICAGO, Illinois 60604
(312) 435-6086

ley order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee

**SALE**

Batch #: 045001　　REF#: 00000002
02/14/25　　　　　RRN: 570100001
　　　　　　　　　　　　12:59:16
APPR CODE: 03485Q
MASTERCARD
************8976　　　Chip
　　　　　　　　　　**/**

**AMOUNT　　　$405.00**

APPROVED

CAPITAL ONE
AID: A0000000041010
TVR: 00 00 00 80 00
TSI: E8 00

CUSTOMER COPY