**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PHILIP R. MCHUGH,** | ) | Case No. 25-CV-01468 |
| | ) | |
| Movant, | ) | *Related to: Philip R. McHugh v. Fifth Third* |
| | ) | *Bancorp, et al.*, No. 1:21-cv-00238 (S.D. |
| v. | ) | Ohio) |
| | ) | |
| **RHR INTERNATIONAL, LTD.** | ) | Judge Steven C. Seeger |
| | ) | |
| Respondent. | ) | Magistrate Judge Beth W. Jantz |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2025 Movant's Notice of Lawsuit, Waiver of Summons, Motion to Compel, Memorandum in Support of the Motion to Compel, Motion for Leave to File Documents Under Seal, and documents filed under seal were served upon Respondent via email to Nicole Mueller and Christopher Bloom of K&L Gates.

*/s/ Sabreena El-Amin*_____
Sabreena El-Amin
CTM LEGAL GROUP
77 W. Washington Street, Suite 2120
Chicago, IL 60602
(312) 818-6700
sel-amin@ctmlegalgroup.com

1