UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Plaintiff,

v.  Case No.: 1:25−cv−01468
    Honorable Steven C. Seeger

RHR International

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 14, 2025:

MINUTE entry before the Honorable Steven C. Seeger: On April 4, 2025, this Court issued an order directing movant Philip McHugh to provide some background about the filing fee, service of the motion, and the underlying litigation in the Southern District of Ohio. The Court reviewed Movant McHugh's status report (Dckt. No. [11]). As described there, McHugh paid the filing fee back on February 14, 2025. Based on the docket, the Clerk simply did not enter receipt of that payment until April 8, 2025 (Dckt. No. [10]). So the issue of the filing fee is cleared up. The other issue is service of the motion to compel. As this Court previously noted, McHugh used the form for waiver service of process, even though counsel was serving a motion to compel instead of serving process (meaning service of a summons and a complaint). Typically this Court would simply expect service of a third−party subpoena through typical means, plus a motion to compel with a certificate of service. In any event, the errant use of that form put the train on a slow track. The parties apparently believe that a response to the motion to compel was due 60 days later. Based on that assumption, a response is due on April 15, 2025. So, the long and short of it is that a response is on the near horizon. With that housekeeping out of the way, the Court refers the pending motion to compel (Dckt. No. [1]) and all other disputes about discovery to the presiding Magistrate Judge. Counsel for McHugh must serve a copy of this order on respondent's counsel and file a certificate of service. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.